PDK/TFH

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:39 pm, Aug 09 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JJ_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

LIONELL MARIO PUGH

CASE NO. 8:23-mj-02146-TJS

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Detective Roger Schiffman, being first duly sworn, hereby state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective of the National Institutes of Health Police ("NIH Police"), a duly sworn law enforcement officer, authorized to investigate violations of United States law, make arrests, and execute warrants issued under the authority of the United States.

2. The National Institutes of Health is located on lands within the Special Maritime and Territorial Jurisdiction of the United States.

3. I submit this affidavit for the limited purpose of securing a criminal complaint and arrest warrant for LIONELL MARIO PUGH (**PUGH**). I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts to establish probable cause that violations of the federal laws identified have occurred.

4. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information others, video and photographic evidence, and information provided by records and databases. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted.

5. On June 21, 2023, the NIH Police received a report from Victim 1 ("V-1") regarding attempted fraudulent charges on three of his credit cards. V-1 stated that he had lost his wallet while inside the NIH campus earlier that day in the area of West Drive. V-1 stated that the wallet contained his Maryland driver's license, NIH ID card, a Metro SmarTrip card, two Chase credit cards, an American Express credit card, and approximately $100-150. V-1 provided three emails from his credit card companies that showed attempted charges at a Sunoco Gas Station in Mitchellville, MD on the locked credit cards at approximately 2:40 p.m.

6. On June 22, 2023, the NIH Police received a call from Paragon Security stating they had found a wallet outside of the West Drive pedestrian portal. The wallet belonged to V-1 and contained his Maryland driver's license, NIH ID card, a Metro SmarTrip card, two Chase credit cards, and an American Express card, but no cash.

7. On June 26, 2023, I reviewed NIH video surveillance from June 21, 2023 and June 22, 2023. The video showed the following:

   a. On June 21, 2023, at approximately 1:32 p.m. V-1 entered the campus via the West Drive pedestrian portal with a co-worker.
   b. At approximately 1:38 p.m., while walking up the sidewalk toward Building 10, V-1 made a sudden movement and appeared to drop his wallet on the ground. V-1 then continued walking toward Building 10.
   c. At approximately 1:45 p.m., 15 minutes after V-1 dropped the wallet, a person later identified as **PUGH**, walked down the sidewalk and bent down over the area where V-1 dropped his wallet, and appeared to pick it up.
   d. At approximately 1:48 p.m., **PUGH** exited campus through the West Drive vehicle entrance.
   e. On June 22, 2023, at approximately 5:30 a.m., a person later identified as **PUGH** appeared to throw an object on the ground near the West Drive pedestrian entrance.

8. The June 22, 2023 surveillance video of the West Drive vehicle gate captured an image of a company logo, PCI, on the back of the construction vest worn by **PUGH**. I contacted PCI (Performance Contracting, Inc.), who sent a representative to meet with me. After showing the photo to the company representative he immediately identified the employee as **PUGH**.

9. On June 26, 2023, I conducted surveillance of the West Drive vehicle entrance at approximately 1:45 p.m. to observe **PUGH** and his vehicle. I observed **PUGH** exit the West Drive vehicle entrance and walk to a gold Toyota Camry with Maryland tag 4CX1820, get into the driver's seat, and drive away.

10. On June 27, 2023, I went to the Sunoco Gas Station in Mitchellville, MD and observed the surveillance video for June 21, 2023. The video showed that, at approximately 2:40 p.m., **PUGH** pulled up to the gas pump in a gold Toyota Camry, made several unsuccessful attempts to purchase gas at the pump, then drove away.

11. On June 27, 2023, I, along with another NIH detective, conducted an audio recorded interview of **PUGH**. **PUGH** admitted to picking up the wallet that was located on the NIH campus on June 21, 2023, removing $40 to purchase alcohol, and attempting to use the credit cards at the Sunoco Gas Station in Mitchellville, MD in order to "get a free tank of gas." **PUGH** stated that he brought the wallet back the next morning and threw it on the ground outside of the West Drive pedestrian entrance because he did not want to interact with "Security" or "Police." **PUGH** then provided a written confession.

12. Based on the information above, I submit there is probable cause to charge PUGH with theft of personal property from V-1, in violation of 18 U.S.C. § 661.

I hereby affirm that the above is true to the best of my knowledge and belief.

Det. Roger Schiffman, NIH Police

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this  9th  day of  August  2023.

The Hon. Timothy J. Sullivan
United States Magistrate Judge